UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-5116 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JAMAR JAY SPENCER, | ) | |
| Defendant. | ) | |

Offense charged:  Conspiracy to Remove Goods from Customs Custody
18 U.S.C. §§ 371 and 549

Date of Detention Hearing:

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is currently serving a state court sentence, on which he is likely to remain in state custody for more than one year. The issue of release is therefore moot. Defendant and his counsel acknowledged these facts, and offered nothing in opposition to the entry of an

order of detention.

    (2)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (4)    The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 11th day of July, 2008.

*/s/ John L. Weinberg*
John L. Weinberg
United States Magistrate Judge